Caroline S. Mahr, Appellant, v. William H. Livingston, Respondent.— Judgment affirmed, with costs. No opinion.

McClure, Phillips & Company, Respondent, v. Home Life Publishing Company, Appellant.—Judgment affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Bettie Adam, Respondent, v. Max Ellentuch, Appellant.—Judgment affirmed, with costs. No opinion.

Robert W. Hebbard, Commissioner, Respondent, v. Eugene Loeb, Appellant. —Judgment and order affirmed. No opinion.

George A. Bergmann, Respondent, v. Franklin B. Lord and Henry S. Van Duzer, as Substituted Trustees under the Will of George Cabot Ward, Deceased Impleaded with Frances L. B. Leavitt, Formerly Frances L. B. Ward, Individually and as Executrix, etc., of Samuel G. Ward, Jr., Deceased, and Marian Low, Appellants.—Judgment affirmed, with costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting on dissenting opinion in *Bergmann* v. *Leavitt,* 113 App. Div. 899.)

Leander L. Frost, Appellant, v. Charles W. Richardson, as Executor, etc., of Nathaniel B. Harris, Deceased, Respondent.—Judgment affirmed, with costs. No opinion.

Richard V. Mattison, Jr., Respondent, v. Agnes C. Mattison, Appellant.— Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to the appellant.

The People of the State of New York ex rel. Manhattan Railway Company, Appellant, v. James L. Wells and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with costs and disbursements. No opinion.

Joseph N. Carpenter and Others, Appellants, v. Josephine Klein, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alice K. Strauss, Appellant, v. Leo Strauss, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel W. Peck, Appellant, v. Josephine Peck, Respondent.— Order modified as stated in order and as so modified affirmed, without costs. No opinion.

Aletta Thompson Benton, Respondent, v. Frederick L. Benton, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Hebrew Gemilath Chassodin Association, Respondent, v. Fritz Freedman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Henry Reubel, as Administrator, etc., of William Reubel, Deceased, Respondent, for Payment of Award Made to "Unknown" Owner for Damage Parcel Number 43 in the Matter of Acquiring Title to Tremont Avenue from Bronx River to Eastern Boulevard and to the Public Place at the Intersection of Tremont Avenue and Westchester Avenue in the Twenty-fourth Ward, Borough of Bronx, City of New York. Charles W.